Jeffrey Willis, Esq.
Nevada Bar No. 4797
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
       asorenson@swlaw.com
       bgriffith@swlaw.com
*Attorneys for Plaintiff Wells Fargo Financial Nevada 2, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC.; <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LAUREL CANYON HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited liability corporation; <br><br> Defendants. | Case No.: 2:15-cv-00576-RFB-CWH <br><br> **STIPULATION AND ORDER TO EXTEND REPLY DATES** <br><br> **(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 7-1, it is hereby stipulated by and among Plaintiff Wells Fargo Financial Nevada 2, Inc. ("Wells Fargo"), Defendant SFR Investments Pool 1, LLC ("SFR"), and Defendant Laurel Canyon Homeowners Association ("Laurel Canyon," and together with Wells Fargo and SFR, the "Parties"), through their respective undersigned attorneys, as follows:

1. Wells Fargo filed a Motion for Summary Judgment on February 16, 2016 [Dkt. No. 50] ("Wells Fargo MSJ").

2. SFR filed its opposition to the Wells Fargo MSJ on March 11, 2016 [Dkt No. 57].

- 1 -

23747996

3. Laurel Canyon filed its opposition to the Wells Fargo MSJ on March 11, 2016 [Dkt No. 54].

4. Laurel Canyon filed its Motion for Summary Judgment on February 16, 2016 [Dkt. No. 51] ("Laurel Canyon MSJ").

5. Wells Fargo filed its opposition to the Laurel Canyon MSJ on March 11, 2016 [Dkt. No. 56].

6. SFR filed its Motion for Summary Judgment on February 16, 2016 [Dkt. No. 53] ("SFR MSJ").

7. Wells Fargo filed its opposition to the SFR MSJ on March 11, 2016 [Dkt. No. 55].

8. The Parties' replies to their respective motions for summary judgment and in response to the oppositions to the motions for summary judgment are due March 28, 2016.

9. This is the Parties' first request for an extension of time in which to file these replies, and is not intended to cause any delay or prejudice to any party. Rather, Wells Fargo sought and obtained an extension in good faith due to the work load of the attorneys and in order to provide time for Wells Fargo to properly review the oppositions to the Wells Fargo MSJ and to reply in support of the same.

10. The Parties wish to extend simultaneously their reply dates to their respective motions for summary judgment for one week or until **April 4, 2016**.

DATED this 24th day of March 2016.                    DATED this 24th day of March 2016.

SNELL & WILMER L.L.P.                                 KIM GILBERT EBRON

   /s/ Blakeley E. Griffith                              /s/ Diana Cline Ebron
Jeffrey Willis (NV Bar No. 4797)                      Diana Cline Ebron (NV Bar No. 10580)
Amy F. Sorenson (NV Bar No. 12495)                    Karen L. Hanks (NV Bar No. 9578)
Blakeley E. Griffith (NV Bar No. 12386)               Jacqueline A. Gilbert (NV Bar No. 10593)
3883 Howard Hughes Parkway, Suite 1100                Howard C. Kim (NV Bar No. 10386)
Las Vegas, Nevada 89169                               7625 Dean Martin Drive, Suite 110
Telephone: (702) 784-5200                             Las Vegas, Nevada 89139
Facsimile: (702) 784-5252                             Telephone: (702) 485-3300
                                                      Facsimile: (702) 485-3301
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*
                                                      *Attorneys for Defendant SFR Investments Pool 1, LLC*

23747996

DATED this 24th day of March 2016.

LEACH JOHNSON SONG & GRUCHOW

　　　/s/ Timothy C. Pittsenbarger
Timothy C. Pittsenbarger (NV Bar No. 13740)
Sean L. Anderson (NV Bar No. 7259)
8945 West Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113

*Attorneys for Defendant* Laurel Canyon Homeowners Association

# ORDER

**IT IS ORDERED** that:

1. Plaintiff Wells Fargo Financial Nevada 2, Inc. shall have until April 4, 2016 to file its reply in support of its motion for summary judgment and response SFR's and Laurel Canyon's oppositions thereto;

2. Defendant SFR Investments Pool 1, LLC shall have until April 4, 2016 to file its reply in support of its motion for summary judgment and response to the Wells Fargo's opposition thereto;

3. Defendant Laurel Canyon Homeowners Association shall have until April 4, 2016 to file its reply in support of its motion for summary judgment and response to the Wells Fargo's opposition thereto;

**IT IS SO ORDERED**.

DATED: March 27, 2016.

　　　　　　　　　　　　　　　
RICHARD F. BOULWARE, II
United States District Judge

/ / /

- 3 -

23747996

Prepared and Submitted by:

SNELL & WILMER L.L.P.

     /s/ Blakeley E. Griffith
Jeffrey Willis (NV Bar No. 4797)
Amy F. Sorenson (NV Bar No. 12495)
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

- 4 -

23747996

**CERTIFICATE OF SERVICE**

I hereby certify that on March _____, 2016, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND REPLY DATES (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: March _____, 2016.

An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

23747996