# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

WELLS FARGO FINANCIAL NEVADA 2, INC.

                Plaintiff,

  v.

SFR INVESTMENTS POOL 1, LLC, ET AL

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-00576-RFB-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of SFR Investments Pool 1, LLC

| | |
|---|---|
| August 12, 2019 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |